UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN CARLOS DELGADO,

Defendant.

**ORDER**

18 Cr. 824 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated today in open court, Defendant's application for bail pending sentencing is denied.

Dated: New York, New York
January 8, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge