UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JUAN CARLOS DELGADO,

                Defendant.

**<u>ORDER</u>**

18 Cr. 824 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of the Defendant will take place on **May 18, 2021 at 3:00 p.m.** Any submissions on behalf of the Defendant are due on **April 27, 2021**, and any submission by the Government is due on **May 4, 2021**.

        It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated:  New York, New York
       January 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge