

April 26, 2021

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

*Re: United States v. Juan Carlos Delgado, 18 Cr. 824 (PGG)*

Dear Judge Gardephe:

      My client in the above-captioned case is currently scheduled to be sentenced by this Court at 3:00 p.m. on May 18, 2021. I write to respectfully request that the Court reschedule Mr. Delgado's sentencing for May 20, 2021 at 2:00 p.m., which I understand to be a date and time convenient for the Court.

      The reason for this request is that I have a parenting obligation that cannot be changed and that will prevent me from appearing before the Court at 3:00 p.m. on May 18. The Government, through AUSA Thane Rehn, indicated it has no objection to this request.

      I thank the Court for its consideration of this letter motion.

Respectfully submitted,

_____/s/_____

Aaron Mysliwiec
*Attorney for Juan Carlos Delgado*

cc: AUSA Thane Rehn (via ECF)

Memo Endorsed: This application is granted. The sentencing scheduled for May 18, 2021 is adjourned to **May 20, 2021 at 2:00 p.m.** The sentencing will take place remotely by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone sentencing by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Seven days before the sentencing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the sentencing so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: April 27, 2021