UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                        :
UNITED STATES OF AMERICA
                                                        :
           - v. -                               :      CONSENT PRELIMINARY ORDER
                                               OF FORFEITURE
JUAN CARLOS DELGADO,                :      <u>MONEY JUDGMENT</u>

                                               :      S1 18 Cr. 824 (PGG)
            Defendant.
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

            WHEREAS, on or about November 14, 2018, JUAN CARLOS DELGADO (the "Defendant"), was charged in a two-count Sealed Superseding Information, S1 18 Cr. 824 (PGG) (the "Information"), with narcotics conspiracy, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A) (Count One); and money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count Two).

            WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

            WHEREAS, the Information included a second forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in the offense charged

in Count Two of the Information, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Two of the Information;

WHEREAS, on or about June 20, 2019, the Defendant pled guilty to Counts One and Two of the Information, pursuant to an agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One and Two of the Information. With respect to the offense charged in Count One of the Information, the Defendant agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Count One of the Information. With respect to the offense charged in Count Two of the Information, the Defendant agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(l), all property, real and personal, involved in the offense charged in Count Two of the Information, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $50,000 in United States currency representing the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, and the amount of property involved in the offense charged in Count Two of the Information;

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to Count One of the Information that the Defendant personally

obtained and the property involved in the offense charged in Count Two of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Thane Rehn of counsel, and the Defendant, JUAN CARLOS DELGADO and his counsel, Aaron Mysliwiec, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $50,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, and the amount of property involved in the offense charged in Count Two of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JUAN CARLOS DELGADO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture /Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture /Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[LEFT INTENTIONALLY BLANK]

9.    The signature page of this Consent Preliminary Order of Forfeiture Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____*Thane Rehn*_____                     05/20/2021
     Thane Rehn                                     DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2354

JUAN CARLOS DELGADO

By: _____                            _____
     Juan Carlos Delgado                      DATE

By: _____                            _____
     Aaron Mysliwiec, Esq.                       DATE
     Attorney for Defendant
     80 Broad Street, Suite 1900
     New York, New York 10004

SO ORDERED: _____*Paul G. Gardephe*_____           June 11, 2021
HONORABLE PAUL G. GARDEPHE                DATE
UNITED STATES DISTRICT JUDGE

9. The signature page of this Consent Preliminary Order of Forfeiture Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____        _____
    Thane Rehn                                          DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2354

JUAN CARLOS DELGADO

By: _____/s/ Juan Carlos Delgado_____        05/18/2021
    Juan Carlos Delgado                              DATE

By: _____        _____
    Aaron Mysliwiec, Esq.                            DATE
    Attorney for Defendant
    80 Broad Street, Suite 1900
    New York, New York 10004

SO ORDERED:

_____        _____
HONORABLE PAUL G. GARDEPHE                    DATE
UNITED STATES DISTRICT JUDGE

9. The signature page of this Consent Preliminary Order of Forfeiture Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____  _____
    Thane Rehn  DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2354

JUAN CARLOS DELGADO

By: _____  _____
    Juan Carlos Delgado  DATE

By: *[signature]*  5/18/21
    Aaron Mysliwiec, Esq.  DATE
    Attorney for Defendant
    80 Broad Street, Suite 1900
    New York, New York 10004

SO ORDERED:

_____  _____
HONORABLE PAUL G. GARDEPHE  DATE
UNITED STATES DISTRICT JUDGE